UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CATHERINE SINGH,

Plaintiff,

-against-

TARGET STORES D/B/A TARGET, TARGET CORPORATION, TRIANGLE EQUITIES JUNCTION LLC, AND TRIANGLE JUNCTION RETAIL CONDOMINIUM ASSOCIATION, INC.

Defendants.
-----------------------------------------------------------X

Docket No.: 25-cv-00279(EK)(MMH)

**STIPULATED ORDER**
**OF DISMISSAL**

The Plaintiff, CATHERINE SINGH, pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses the action with prejudice.

Dated: New York, New York
July 30, 2026

**MORGAN & MORGAN**
**NEW YORK PLLC**

By: ______________________
**VAN MILLER**
*Attorneys for Plaintiff*
**CATHERINE SINGH**
199 Water Street, Suite 1500
New York, NY 10038
(689) 285-6958

**CONNELL FOLEY LLP**

By: ______________________
**MICHAEL BOJBASA**
*Attorneys for Defendant*
**TARGET CORPORATION**
875 Third Avenue, 21st Floor
New York, New York 10022
(212) 307-3700

**SO ORDERED:**

**Dated:** 8/28/2026

/s/ Eric Komitee
**Hon. Eric R. Komitee**